```
        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              A03-0165--CR (JKS) "USA V ELISABETH ANNE COLE"
                               Motion 220-1

              Presiding Judge: James K. Singleton
              Magistrate:      John D. Roberts
```

```
CASE A03-0165--CR (JKS) "USA V ELISABETH ANNE COLE"
  BY DEF COLE, ELISABETH ANNE
  MOT & memo for modification & clarification of probation conditions
              DOCUMENT      FILED       DUE
      Motion| 220 - 1   | 10/19/05  |           | Pull date        | 11/23/05
  Opposition| 223 - 1   | 11/18/05  | 11/18/05  | U/A date         |
       Reply|           |           | 11/23/05  | Presiding Judge  | [ ] JKS
         R&R| 224 - 1   | 11/28/05  | HEARING   | Magistrate Judge | [X] JDR
 Request O/A|           |           |           | Other Judge      | [ ]
   Req O/A by|          |           |           |                  |

Order/Action| 221 - 1   | 11/08/05  |           | Pre-trial        | [X]
      Status| PENDING: referred to mj by (221-1)
```

**RELATED DEFENDANTS AND TRIAL DATES**

| Defendant | Trial | Name |
|---|---|---|
| DEF  1 T | | COLE, ELISABETH ANNE |

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

None found

**CASE MANAGEMENT TRACKING CARD NOTES**

NO OPPO FLD
#221, mot referred to MJ
#222, MJ MO re oppo due 11/18; reply due 11/23

**CHAMBERS TRACKING CARD NOTES**

Govt oppo due 11-18-05; Reply due 11-23-05 [MO issued 11-9-05]
~11/23/05 RR IN DRAFT~