```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          A03-0165--CR (JKS) "USA V ELISABETH ANNE COLE"
                     R&R 224-1 for motion 220-1

              Presiding Judge: James K. Singleton
              Magistrate: John D. Roberts
```

```
CASE A03-0165--CR (JKS) "USA V ELISABETH ANNE COLE"
  BY DEF COLE, ELISABETH ANNE
  MOT & memo for modification & clarification of probation conditions
 -R&R----------------DOCUMENT------FILED--------DUE-------------------------R&R-
       Motion|  220 -  1  | 10/19/05 | ........ | Pull date      | 12/05/05
          R&R|  224 -  1  | 11/28/05 | ........ | U/A date       |
    Objection|            |          | 12/05/05 | Presiding Judge| [ ] JKS
        Reply|            |          | 12/12/05 | Magistrate Judge| [X] JDR
    Final R&R|            |          | ........ | Other Judge    | [ ]

 Order/Action|  221 -  1  | 11/08/05 |          | Pre-trial      | [X]
       Status| PENDING: referred to mj by (221-1)
```

**RELATED DEFENDANTS AND TRIAL DATES**

| Defendant | Trial | Name |
|---|---|---|
| DEF   1 T | | COLE, ELISABETH ANNE |

**RELATED DOCUMENTS NOT LISTED ON THE R&R CARD**

| Document | Filed | Description |
|---|---|---|
| 221 - 1 | 11/08/05 | [Re: DEF 1] JKS Minute Order referring to MJ motion & memo for modification & clarification of probation conditions (220-1). cc: USA, L. Webb, MJ Roberts |
| 223 - 1 | 11/18/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion & memo for modification & clarification of probation conditions (220-1). |

**CASE MANAGEMENT R&R CARD NOTES**

None found

**CHAMBERS R&R CARD NOTES**

None found