UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JAN 31 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-30035 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00165-JKS JDR |
| v. | District of Alaska, Anchorage |
| ELIZABETH ANNE COLE, | ORDER |
| Defendant - Appellant. | |

The mandate issued on Monday January 30, 2006 was issued prematurely due to clerk error and is hereby **RECALLED.**

Cathy A. Catterson, Clerk of the Court

Candace Permillion, Deputy Clerk

cc: PANEL

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JAN 31 2006
by: _____
Deputy Clerk