UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 03 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ELIZABETH ANNE COLE,<br><br>Defendant - Appellant. | No. 05-30035<br><br>D.C. No. CR-03-00165-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: GOULD and BERZON, Circuit Judges, and SCHWARZER,* District Judge.

The petition for rehearing is DENIED.

---

\* The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.