AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

RECEIVED
U.S. MARSHALS SERVICE
ALASKA
ORIGINAL
2006 APR 27 AM 10 37

RECEIVED
MAY 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | Case Number: 3:03-CR-000165-JKS |
| Elisabeth A. Cole | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | 6 |
| Before: Magistrate Judge John D. Roberts | Date and Time<br>5/30/2006 at 9:30 a.m. |

To answer a(n)
[ ] Indictment   [ ] Information   [ ] Complaint   [X] Supervised Release Violation Petition

Charging you with a violation of:

Violation of Supervised Release Conditions

Ida Romack, Clerk of Court
Signature of Issuing Officer

by _____ Deputy Clerk
Name and Title of Issuing Officer

April 21, 2006 at Anchorage, AK
Date and Location

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1] _____   Date _____

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _Counsel for Defendant, Anna Webb via certified mail._

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _5/3/06_
Date

_Randy M Johnson_
Name of United States Marshal

_[signature]_
(by) ~~Deputy United States Marshal~~
U.S. Probation Officer

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.