*Darryl L. Jones*
*Attorney at Law*
*109 W. 6th Avenue*
*Anchorage, Alaska 99501*
*(907) 278-1212*
*Fax (907) 278-1213*

RECEIVED
MAY 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> ELISABETH A. COLE, ) <br> ) <br> ) <br> Defendant, ) <br> _____ ) | Case No. A 03-165 (JKS) |

### ENTRY OF APPEARANCE AS CO-COUNSEL

COMES NOW Darryl L. Jones of the Law Office of Darryl L. Jones and enters his appearance as co-counsel with Linda Anna Webb upon behalf of Elizabeth A. Cole in the above captioned proceeding. Please direct all pleadings and correspondence to: 109 W. 6th Avenue, Suite 200, Anchorage, Alaska 99501

DATED this 11th day of May 2006 at Anchorage, AK.

Darryl L. Jones, Esq.
ABA #8811188

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212  FAX: (907) 278-1213