**Darryl L. Jones**
*Attorney at Law*
*109 W. 6th Avenue*
*Anchorage, Alaska 99501*
*(907) 278-1212*
         *Fax (907) 278-1213*

RECEIVED
MAY 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                        )<br>            Plaintiff,              )<br>   v.                                             )<br>                                                        )<br>                                                        )<br>ELISIBETH A. COLE,            )<br>                                                        )<br>                                                        )<br>            Defendant,            )<br>_____ ) | Case No. A 03-165 (JKS) |

### CERTIFICATE OF SERVICE

This is to certify that on or about May 11, 2006, a true and correct copy of the attached documents were caused to be mailed to:

Office of the U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Linda Anna Webb, Esq.
310 K Street, Suite 400
Anchorage, Alaska

DATED this 11th day of May 2006 at Anchorage, Alaska.

_____
Darryl L. Jones, Esq.
ABA #8811188