## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES v. ELISABETH COLE

Case No. 3-03-cr-00165-JKS-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

### MINUTE ORDER FROM CHAMBERS

### RE:  Entry of Appearance of Counsel, Docket No. 242

The appeal in defendant Cole's has concluded.  *See* Docket No. 231.  Judgment of District Court Affirmed.  Any CJA appointments relating to the defendant's appearance in district court have concluded.  The matter currently before the court is a petition to revoke supervised release.  Should defendant qualify and request CJA counsel at her scheduled initial appearance on May 30, 2006, the Federal Defender will be appointed or appropriate counsel from the CJA Panel.  Accordingly, the entry of appearance filed by Darryl Jones as co-counsel to Linda Webb is premature, unless said counsel are filing appearance(s) as retained counsel.  Docket No. 242, shall be stricken.  Mr. Jones, if representing defendant as retained counsel for the initial appearance on the petition to revoke supervised release, shall file an appropriate entry of appearance prior to Ms. Cole's scheduled appearance.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

May 23, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-04-cr-00165-JKS-JDR COLE @242 Re Retained Counsel.wpd