Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Petitioner

U. S. DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD F. WYATT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| FRANK LUNA, ) | |
| ) | |
| Respondent. ) | Case No. 3:05-cv-116 |
| ) | |

## ENTRY OF APPEARANCE

      Hagans, Ahearn, & Webb, enters its appearance as attorneys of record for Ronald F. Wyatt, in the above-entitled action and requests that copies of all pleadings filed in this action be mailed to this office at 310 K Street, Suite 400, Anchorage, AK 99501 or served electronically to at the address below.

Dated at Anchorage, Alaska this ___ day of January 2006.

                                    HAGANS, AHEARN & WEBB
                                    Attorneys for Petitioner

By: _____/s/_____
      Linda A. Webb
      Alaska Bar No. 8806148
      HAGANS, AHEARN & WEBB
      310 K Street, Suite 400
      Anchorage, AK  99501
      (907) 276-5294:  Phone
      (907) 276-8732:  Fax
      E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically and by hand delivery this 31st day of January 2006, on::

Michael Sean McLaughlin
Office of Special Prosecutions and Appeals
Alaska Department of Law
310 K Street, Suite 308
Anchorage, AK  99501


_____/s/_____
Meredith A. Ahearn