HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
907-276-5294 telephone
907-276-8732 fax

Linda Anna Webb
Attorney for Defendant-Appellant

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | District Court No. A03-0165-CR (JKS) |
| | ) | |
| ELISABETH COLE, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

### ENTRY OF APPEARANCE

Linda A. Webb gives notice to the court of her entry of appearance as co counsel for Elisabeth Cole, Defendant, in the above-captioned case.  Please serve all pleadings on the Law Office of HAGANS AHEARN & WEBB electronically at haw@alaska.net.

Dated 24 day of May, 2006 at Anchorage, Alaska.

Hagans Ahearn and Webb

_____
Linda A. Webb
Alaska Bar No. 88006148

***

***

DATED at Anchorage, Alaska, this _____ day of May  2006.

HAGANS AHEARN & WEBB
Attorneys for Defendant-Appellant


By:    _____
       Linda A. Webb
       Alaska Bar No. 8806148

## CERTIFICATE OF SERVICE

I certify that on the ___ day of March 2005,
a copy of the foregoing document was served
by fax/mail/hand delivery on:

Crandon Randell
Assistant U.S. Attorney
Federal Building U.S. Courthouse
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567


_____
Hagans, Ahearn & Webb
*6406*