HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
907-276-5294 telephone
907-276-8732 fax

Linda Anna Webb
Attorney for Defendant-Appellant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | District Court No. A03-0165-CR (JKS) |
| ) | |
| ELISABETH COLE, ) | |
| ) | |
| Defendant ) | |
| _____) | |

### ENTRY OF APPEARANCE

Linda A. Webb gives notice to the court of her entry of appearance as retained lead counsel for Elisabeth Cole, Defendant, in the above-captioned case. Please serve all pleadings on the Law Office of HAGANS AHEARN & WEBB electronically at haw@alaska.net.

Dated 24 day of May, 2006 at Anchorage, Alaska.

Hagans Ahearn and Webb

__/s/_____
Linda A. Webb
Alaska Bar No. 88006148

***

\*\*\*

        DATED at Anchorage, Alaska, this _____ day of May  2006.

        HAGANS AHEARN & WEBB
        Attorneys for Defendant-Appellant

By: _____
    Linda A. Webb
    Alaska Bar No. 8806148

**CERTIFICATE OF SERVICE**

I certify that on the ___ day of March 2005, a copy of the foregoing document was served by fax/mail/hand delivery on:

Crandon Randell
Assistant U.S. Attorney
Federal Building U.S. Courthouse
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567

_____
Hagans, Ahearn & Webb
*6406*