MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs ELISABETH ANNE COLE       CASE NO.   3:03-cr-00165-JKS
Defendant: X Present    X On Summons

BEFORE THE HONORABLE         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        ELISA SINGLETON

UNITED STATES ATTORNEY:        CRANDON RANDELL

DEFENDANT'S ATTORNEY:  MEREDITH AHEARN, LINDA WEBB, DARRYL JONES

U.S.P.O.:                 MICHAEL PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE - HELD 5/30/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:31 a.m. court convened.

X   Defendant advised of general rights

X Defendant advised of charges and penalties.

X Defendant states true names: Same as Above.

X Denials to allegations 1 and 2 of the Petition to Revoke.

X Bond set Own Recognizance: Personal Recognizance Order FILED.

X Conditions of Release FILED.

X  OTHER: Matter referred to U.S. District Judge for further proceedings. Mr. Jones and Ms. Webb to file entries of appearance.

At 9:44 a.m. court adjourned.

DATE:  May 30, 2006       DEPUTY CLERK'S INITIALS:      ES