HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
907-276-5294 telephone
907-276-8732 fax

Linda Anna Webb
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>        Plaintiff,            )<br>    vs.                       )<br>                              )<br>ELISABETH COLE,               )<br>                              )<br>        Defendant             )<br>_____) | District Court No. A03-0165-CR (JKS) |

ENTRY OF APPEARANCE

Linda A. Webb gives notice to the court of her entry of appearance as retained lead counsel for Elisabeth Cole, Defendant, in the above-captioned case. Please serve all pleadings on the Law Office of HAGANS AHEARN & WEBB electronically at haw@alaska.net.

Dated 31 day of May, 2006 at Anchorage, Alaska.

                                                                  Hagans Ahearn and Webb

                                                    __/s/_____
                                                    Linda A. Webb
                                                  Alaska Bar No. 88006148

**CERTIFICATE OF SERVICE**

I certify that on the 31 day of March 2005,
a copy of the foregoing document was served
electronically:

Crandon Randell
Assistant U.S. Attorney
Federal Building U.S. Courthouse
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567


_____/s/_____
Hagans, Ahearn & Webb
*6406*