UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ELISABETH ANNE COLE. | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 01/24/05)<br>Case Number: 3:03-cr-00165-JKS<br>Linda Webb and Meredith Ahearn<br>Defendant's Attorney |

Defendant's probation officer filed a petition on 04/21/2006 accusing defendant of 2 violations of the conditions of supervision provided in the original judgment. Defendant denied allegations 1 and 2 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Failure to report address and/or facilitate a home visit | 04/12/06 | C |

The court finds that the following accusations are not proved: allegation 2 of the Petition to Revoke Supervised Release. The court concludes that the conditions of supervision set forth in the court's original judgment are subject to  [_] modification or  [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 31, 2006
Date of Disposition Hearing

REDACTED SIGNATURE
Signature of Judicial Officer
JAMES K. SINGLETON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

08/01/06
Date

AO245.REV

Defendant: ELISABETH ANNE COLE                Amended Judgment--Page 2 of 3
Case No.:   3:03-cr-00165-JKS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [X]   probation [_]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 30 days.

[_]   The court makes the following recommendations to the Bureau of Prisons:


[_]   The defendant is remanded to the custody of the United States Marshal.
[X]   The defendant shall surrender to the United States Marshal for this district,

    [X]   no later then August 7, 2006.

[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_]   before 2 p.m. on _____.
    [_]   as notified by the United States Marshal.
    [_]   as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                            United States Marshal

                By _____
                        Deputy Marshal

AO245.REV

```
Defendant: ELISABETH ANNE COLE              Amended Judgment--Page 3 of 3
Case No.:   3:03-cr-00165-JKS
```

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [_] probation[_] is modified as follows:

The term of supervision is not [_] is[X] extended as follows:

18 months of supervised release re-imposed. After the payment of restitution has been resolved defense counsel to file notice for defendant to be released from supervised release.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV