Darryl L. Jones
Attorney for Defendant
905 Photo Avenue
Anchorage, Alaska 99503
Phone: 907-278-1212
Fax:   907-278-1213
Email: lodj.federalnotices@yahoo.com



RECEIVED
NOV 28 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>V. )<br>  )<br>ELISABETH COLE )<br>  )<br>Defendant )<br>_____ ) | Case No: 3:05-CR. 0165 JKS |

NOTICE TO THE COURT

COMES NOW ELISABETH COLE by and through her Attorney Darryl Jones, hereby notices the court that Elisabeth Cole has paid the Criminal Justice Administration back in full for the money the CJA program paid for her defense, and she has paid all court fees and restitution.

The total sum paid back to the CJA program was One Hundred Nine Thousand, Two Hundred and Seventy Dollars and eighty-seven cents ($109,270.87).

This payment constitutes her obligations to the Criminal Justice Administration as agreed upon during her criminal trial under oath.

Elisabeth Cole by and through her Attorney Darryl L. Jones, her Legal Assistant/ Investigator, Joseph A. Malatesta Sr. and her support Staff, Deborah Fenton apologizes

for the delay in the repayment but it took approximately two years after a settlement agreement was in place to have the Internal Revenue Service approve the settlement by way of a Prior Letter of Approval. The actual first distribution took place on November 19, 2007.

As the court has explained, at the time Elisabeth Cole fulfills her obligations by paying court fees, CJA and restitution, the court would release her from the balance of her probation.

Elisabeth Cole hereby requests the court to release her from the balance of her probation.


Respectfully submitted, Courtesy Copy to Magistrate Roberts.


Dated this 28th. day of November, 2007 at Anchorage, Alaska.


/s/ Darryl L. Jones, Esq.
Darryl L. Jones
Attorney for Defendant
905 Photo Avenue
Anchorage, Alaska 99503
Phone: 907-278-1212
Fax:   907-278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188