NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney

Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:03-CR-00165 (JKS) |
| v. | ) | |
| ELISABETH COLE, | ) | **PLAINTIFF'S NOTICE** |
|  | ) | **REGARDING DEFENDANT'S** |
| Defendant. | ) | **RESTITUTION OBLIGATION** |

Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, hereby notifies this Court regarding its accounting of Defendant Elisabeth Cole's payments upon the restitution obligation imposed in the above-captioned case.

On January 21, 2005, this Court entered a Judgment against Defendant which required her to pay restitution in the amount of $32,879.96.  Defendant recently submitted a notice to the Court stating that her restitution obligation has been satisfied.

A review of the government's accounting records for Defendant's restitution debt indicates that an unpaid balance exists. Specifically, as of December 12, 2007, our records show an unpaid restitution balance of $35,603.76 ($32,854.96 in principal, $2,663.80 in interest, and $85.00 in costs/fees).

If Defendant has satisfied her restitution obligation through third-party payments, credits or some other means, Plaintiff asks that written confirmation of such payment be provided in order that the government may update its records accordingly.

DATED this 12th day of December, 2007, at Anchorage, Alaska.

NELSON P. COHEN
UNITED STATES ATTORNEY


s/Richard L. Pomeroy
RICHARD L. POMEROY
ASSISTANT U.S. ATTORNEY
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031