**Jermain Dunnagan & Owens, P.C.**
LAW OFFICES

WILLIAM K. JERMAIN    MICHAEL FERGUSON    RAYMOND E. GOAD, JR.
CHARLES A. DUNNAGAN    ANDAENA L. STONE    MICHELLE L. BOUTIN
BRADLEY D. OWENS    EUGENIA G. SLEEPER    CHERYL MANDALA
RANDALL G. SIMPSON    MAAK P. MELCHERT    CAROLINE P. WANAMAKER
HOWARD S. TRICKEY    SARAH E. JOSEPHSON    THOMAS A. BALLANTINE
GARY C. SLEEPER    MATTHEW SINGER    KIMBERLY J. ALLEN
SAUL R. FRIEDMAN        PETER A. SANDBERG
DIANE F. VALLENTINE    ERIC J. BROWN

3000 A STREET, SUITE 3W
ANCHORAGE, ALASKA 99503-4097

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

SERVING ALASKANS SINCE 1976

December 6, 2007

Darryl Jones
905 Photo Avenue
Anchorage, AK  99503

    **Re:**     Elisabeth Cole

Dear Darryl:

    This is to confirm that losses to the Alaska Trust Company, Personal Representative for the Estate of Madeleine Cole, deceased, and Trustee of the Elisabeth Anne Cole Charitable Remainder Annuity Trust have been adequately provided for under the terms of the Settlement and Mutual Release entered into by the Alaska Trust Company and Elisabeth Cole and that any obligations to be paid in the federal criminal action against Elisabeth Cole have been satisfied and the restitution obligation should be cancelled to avoid multiple restitution to the Alaska Trust Company, Personal Representative for the Estate of Madeleine Cole, deceased, and Trustee of the Elisabeth Anne Cole Charitable Remainder Annuity Trust.

    You are hereby authorized to submit this correspondence to the United States District Court, District of Alaska.

    Sincerely,

    JERMAIN, DUNNAGAN & OWENS, P.C.

    Mark P. Melchert

DEC 0 7 2007