HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
907-276-5294 telephone
907-276-8732 fax

Linda Anna Webb
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>            Plaintiff,                          )<br>    vs.                                              ) District Court No. A03-0165-CR (JKS)<br>                                                          )<br>ELISABETH COLE,                          )<br>                                                          )<br>            Defendant                      )<br>_____) | |

**PETITION FOR RELEASE FROM PROBATION**

Elisabeth Cole petitions the court for an order granting her release from probation. Ms. Cole has paid restitution in the amount of $32,879.96, and a fine in the amount of $600. Representatives for the Trust of the Elisabeth Anne Cole Charitable Remainder Annuity Trust have given notice of the satisfaction of any losses due the Trust through the terms of the Settlement and Mutual Release entered into by the Alaska Trust Company and Elisabeth Anne Cole. A copy of the

letter, dated December 6, 2007, is attached to this Motion. The court stated that after Elisabeth Cole fulfilled her obligations by paying court fees, CJA and restitution, the court would release her from the balance of her probation. Ms. Cole has met all of these conditions. She has paid CJA $109,270.87 for her defense.

Dated 2nd day of January, 2008 at Anchorage, Alaska.

Hagans Ahearn and Webb

__/s/Linda A. Webb____
Linda A. Webb
Alaska Bar No. 88006148

**CERTIFICATE OF SERVICE**

I certify that on the 2nd day of January 2008,
a copy of the foregoing document was served
by mail:

Richard Pomeroy, Esq.
Assistant U.S. Attorney
Federal Building U.S. Courthouse
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567

              /s/Linda A. Webb
Hagans, Ahearn & Webb
*6406*