# Jermain Dunnagan & Owens, P.C.
LAW OFFICES

WILLIAM K. JERMAIN
CHARLES A. DUNNAGAN
BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GARY C. SLEEPER
SAUL R. FRIEDMAN
DIANE F. VALLENTINE

MICHAEL STEPHENSON
ANDAENA L. STONE
EUGENIA G. SLEEPER
MAAK P. MELCHERT
SARAH E. JOSEPHSON
MATTHEW SINGER
ERIC J. BROWN

RAYMOND E. GOAD, JR.
MICHELLE L. BOUTIN
CHERYL MANDALA
CAROLINE P. WANAMAKER
THOMAS A. BALLANTINE
KIMBERLY J. ALLEN
PETER A. SANDBERG

3000 A STREET, SUITE 3W
ANCHORAGE, ALASKA 99503-4097
TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

SERVING ALASKANS SINCE 1976

December 6, 2007

Darryl Jones
905 Photo Avenue
Anchorage, AK  99503

    **Re:**    **Elisabeth Cole**

Dear Darryl:

    This is to confirm that losses to the **Alaska Trust** Company, Personal Representative for the Estate of Madeleine Cole, deceased, and Trustee of the Elisabeth Anne Cole Charitable Remainder Annuity Trust have been adequately provided for under the terms of the Settlement and Mutual Release entered into by the Alaska Trust Company and Elisabeth Cole and that any obligations to be paid, in the federal criminal action against Elisabeth Cole have been satisfied and the restitution obligation should be cancelled to avoid multiple restitution to the Alaska Trust Company, Personal Representative for the Estate of Madeleine Cole, deceased, and Trustee of the Elisabeth, Anne Cole Charitable Remainder Annuity Trust.

    You are hereby authorized to submit this correspondence to the United States District Court, District of Alaska.

                                    Sincerely,

                                    JERMAIN, DUNNAGAN & OWENS, P.C.

                                    Mark P. Melchert

DEC 0 7 2007