# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES OF AMERICA            v.            ELISABETH COLE

Case No. 3:03-cr-00165-JKS

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
mldavis, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

**RE:** Defendant's Notice and Petition for Release (Docs. 260 & 263)
Government's Notice Regarding Defendant's Obligation (Doc. 261)

The government's notice regarding defendant's restitution obligation places at issue Ms. Cole's request for early termination of probation. Defendant Cole is directed to file a reply addressing the government's restitution concerns no later than January 31, 2008.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

January 17, 2008

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2007\3-03-cr-00165-JKS.Cole.MO.coletoproviderereplytonotice@261.final.wpd