HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
907-276-5294 telephone
907-276-8732 fax

Linda Anna Webb
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>ELISABETH COLE, )<br>)<br>Defendant )<br>_____) | District Court No. A03-0165-CR (JKS) |

### UNOPPOSED MOTION TO CONTINUE

Linda Anna Webb, counsel for Defendant, moves this court to continue the hearing regarding early release from probation, currently scheduled for January 29, 2008 at 3:00 p.m. before Judge Roberts. Counsel underwent major surgery on Saturday, January 26, 2008, and will be undergoing chemotherapy for a period of time yet to be determined.

Counsel requests a 30-day continuance.

Dated 28th day of January, 2008 at Anchorage, Alaska.

Hagans Ahearn and Webb

/S/ Meredith A. Ahearn for
Linda A. Webb
Alaska Bar No. 88006148

**CERTIFICATE OF SERVICE**

I certify that on the 28 day of January 2008,
a copy of the foregoing document was served
electronically:

Crandon Randell
Assistant U.S. Attorney
Federal Building U.S. Courthouse
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567


/s/ Meredith A. Ahearn
Hagans, Ahearn & Webb
*6406*