HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
907-276-5294 telephone
907-276-8732 fax

Linda Anna Webb
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | District Court No. A03-0165-CR (JKS) |
| | ) | |
| ELISABETH COLE, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

## **(PROPOSED) ORDER TO CONTINUE**

Pursuant to Defendant's Motion,

IT IS ORDERED that the hearing regarding early release from probation, currently scheduled for January 29, 2008, is continued until _____, 2008.

Dated _____ day of _____, 2008 at Anchorage, Alaska.

                                                                    _____
                                                                    John D. Roberts
                                                                    Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on the 28 day of January 2008,
a copy of the foregoing document was served
electronically:

Crandon Randell
Assistant U.S. Attorney
Federal Building U.S. Courthouse
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567


/s/ Meredith A. Ahearn
Hagans, Ahearn & Webb
*6406*