NELSON P. COHEN
United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99507
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: crandon.randell@usdoj.gov
AK Bar # 8706044

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:03-cr-00165-JKS-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR EXTENSION** |
| vs. | ) | **OF TIME TO RESPOND TO** |
| | ) | **PETITION TO TERMINATE** |
| ELISABETH ANNE COLE, | ) | **PROBATION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and submits this Motion for an extension of time to respond to defendant's petition for early termination of probation.

Defendant has applied for early termination of probation. The court, at Docket 268, ordered a response by the government. Government counsel learned

this day that counsel for defendant was incapacitated for the time being, and the court, at docket 270, continued the early termination hearing until February 27, 2008.

Counsel for the government is seeking further documentation regarding the payment of restitution. Therefore, in light of the continuance granted this day, the government would seek until February 19, 2008, to submit its position regarding the early termination of probation.

RESPECTFULLY SUBMITTED this 28th day of January, 2008, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/ Crandon Randell 
CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99507
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: crandon.randell@usdoj.gov
AK Bar # 8706044

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2008 a copy of the foregoing Motion for Extension of Time to Respond to Petition to Terminate Probation was served electronically on Linda Webb.

s/ Crandon Randell 
Office of the U.S. Attorney