IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:03-cr-00165-JKS-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER |
| vs. | ) | |
| | ) | |
| ELISABETH ANNE COLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      The government's request for an extension of time to allow for response to Petition to Terminate Probation has been reviewed and is hereby GRANTED.

      The response deadline is now _____, 2008.

      IT IS SO ORDERED.


Dated: _____       _____
                                                              United States District Judge