HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
907-276-5294 telephone
907-276-8732 fax

Linda Anna Webb
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>ELISABETH COLE, )<br>)<br>Defendant )<br>_____) | District Court No. A03-0165-CR (JKS) |

**UNOPPOSED MOTION TO CONTINUE**

Linda Anna Webb, counsel for Defendant, moves this court to continue the hearing regarding early release from probation, currently scheduled for February 27, 2008 at 3:00 p.m. before Judge Roberts until the week of March 17, 2008 or as soon thereafter as the Court schedule permits. Counsel underwent major surgery on Saturday, January 26, 2008, and will not return to her office until March 3, 2008.

Dated 22th day of February, 2008 at Anchorage, Alaska.

Hagans Ahearn and Webb

/S/ Meredith A. Ahearn for
Linda A. Webb
Alaska Bar No. 88006148

**CERTIFICATE OF SERVICE**

I certify that on the 22 day of February 2008, a copy of the foregoing document was served electronically:

Crandon Randell
Assistant U.S. Attorney
Federal Building U.S. Courthouse
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567

/s/ Meredith A. Ahearn
Hagans, Ahearn & Webb
*6406*