MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ELISABETH ANNE COLE       CASE NO. 3:03-CR-00165-JKS
Defendant: X Present  X On Bond

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           SAMANTHA LARK

UNITED STATES' ATTORNEY:         CRANDON RANDELL

DEFENDANT'S ATTORNEY:            MEREDITH AHEARN AND LINDA WEBB

U.S.P.O.:                        SCOTT KELLEY

PROCEEDINGS: HEARING ON MOTION FOR EARLY TERMINATION OF PROBATION
          (DKT 263) HELD 03/07/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:03 a.m. court convened.

Court and counsel heard re defendant's motion for Early Termination of Probation (DKT 263); **DENIED AS MOOT.**

Court and counsel heard re restitution.

At 10:10 a.m. court adjourned.

DATE: March 07, 2008              DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07