PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court
for the
District of Alaska

UNITED STATES OF AMERICA

v.                                    Case No.    3:03-CR-00165-JKS

Elisabeth Anne Cole

It appearing that the above-named has satisfactorily complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on February 28, 2008. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

**REDACTED SIGNATURE**

Scott E. Kelley                        Date
Senior U.S. Probation/Pretrial
Services Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this  11th  day of  March , 20 08 .

/s/James K. Singleton, Jr.

James K. Singleton
Senior U.S. District Court Judge