IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　vs.<br>ELISABETH A. COLE,<br>　　　　　Defendant. | Case No. 3:03-cr-00165-JKS<br><br>O R D E R |

　　　Defendant has petitioned the Court for early release from her probation on the grounds that she has satisfied her restitution obligation.  Docket No. 263.  The motion was referred to United States Magistrate Judge John D. Roberts.  Docket No. 264.  Judge Roberts held an evidentiary hearing, and has now submitted findings and recommendations.  Docket No. 277.  Objections to the findings and recommendations are not anticipated.  *Id*. at 2-3.

　　　Having reviewed the record de novo the Court finds the findings and recommendations to be supported by the record and by proper analysis.  Defendant's motion for early release is moot as her term has expired.

　　　Accordingly, **IT IS HEREBY ORDERED** that:

　　　1.  The findings and recommendations at Docket No. 277 are adopted in full; and

　　　2.  Defendant's motion for early termination at Docket No. 263 is DENIED as moot.

　　　Dated this 11th day of March 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge