**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   ELISABETH COLE

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                          CASE NO.  3:03-cr-00165-JKS

 Linda Christensen

PROCEEDINGS: **CLERK'S NOTICE**          DATE: April 9, 2008

       In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant Elisabeth Cole. Any party wishing to have said item returned to them needs to file a motion to return said item with a proposed order for the court's consideration within twenty (20) days from the date of this Notice.

[CLERKNOT.CR]2/98