HAGANS, AHEARN & WEBB
745 W. 4th Avenue, Suite 304
Anchorage, AK 99501
907-276-5294 telephone
907-276-8732 fax

Linda Anna Webb
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | District Court No. A03-0165-CR (JKS) |
| ) | |
| ELISABETH COLE, ) | |
| ) | |
| Defendant ) | |
| _____) | |

### MOTION FOR RETURN OF PASSPORT

Linda Anna Webb, counsel for Defendant, moves this court for a return of Elisabeth Anne Cole's passport which was surrendered to the court in the above captioned proceeding. Ms. Cole has completed probation. Please return Elisabeth Cole's passport to her counsel law office at 745 W. 4th Avenue, Suite 304, Anchorage, Alaska 99501.

Dated this 11th day of April 2008, at Anchorage, Alaska.

HAGANS, AHEARN & WEBB
Counsel for Defendant

                                            s/<u>Linda A. Webb</u>
                                            Linda A. Webb

                                            Alaska Bar No. 88006148

**CERTIFICATE OF SERVICE**

I certify that on the 11th day of April 2008,
a copy of the foregoing document was served
electronically:

Crandon Randell
Assistant U.S. Attorney
Federal Building U.S. Courthouse
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567


/s/Linda A. Webb
Hagans, Ahearn & Webb
*6406*