HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
907-276-5294 telephone
907-276-8732 fax

Linda Anna Webb
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                           )<br>            Plaintiff,                         )<br>                                                           )<br>     vs.                                            )   Case No. A03-0165-CR (JKS)<br>                                                           )<br>ELISABETH COLE,                          )<br>                                                           )<br>            Defendant.                      )<br>_____) | |

### **PROPOSED ORDER**

The Court, on review of Elisabeth Cole's Motion for Return of Passport, the Motion is denied/granted. The court clerk shall return the passport to Ms. Cole's counsel office at 745 W.4th Avenue, Suite 304, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska, this _____ day of April, 2008.

By: _____
James K. Singleton, Jr.

I certify that on the 11th day of April 2008,
a copy of the foregoing document was served
electronically on:

Crandon Randell
Office of the U.S. Attorney
Federal Building U.S. Courthouse
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567


_____
Hagans, Ahearn & Webb