UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. A03-0165-CR (JKS) |
| | ) |
| ELISABETH COLE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**<u>ORDER</u>**

The Court, on review of Elisabeth Cole's Motion for Return of Passport, **GRANTS** the Motion. The Clerk of Court shall return the passport to Ms. Cole's counsel's office at 745 W.4th Avenue, Suite 304, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska, this 16th day of April, 2008.

/s/James K. Singleton, Jr.
United States District Judge