HAGANS, AHEARN & WEBB
745 West 4th Avenue, Suite 304
Anchorage, AK 99501
907-276-5294 telephone
907-276-8732 fax

Linda Anna Webb
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | District Court No. A03-0165-CR (JKS) |
| ) | |
| ELISABETH COLE, ) | |
| ) | |
| Defendant ) | |
| _____) | |

NOTICE OF FILING OF SETTLEMENT AGREEMENT
IN STATE CASE NUMBER 3AN-99-241 PR

Elisabeth Cole, by and through counsel, Hagans, Ahearn & Webb, gives notice to the court of the filing of the Settlement and Release Agreement in the Superior Court for the State of Alaska, Third Judicial District, In the Matter of the Estate of Madeleine Cole, Deceased, Case No. 3An-99-241 PR, as ordered by the Court in Case No. 3:03-cr-165.

Dated 24th day of July, 2008 at Anchorage, Alaska.

Hagans Ahearn and Webb

__/s/_Linda A. Webb_
Linda A. Webb
Alaska Bar No. 88006148

**CERTIFICATE OF SERVICE**

I certify that on the 24th day of July, 2008,
a copy of the foregoing document was served
electronically:

Crandon Randell
Assistant U.S. Attorney
Federal Building U.S. Courthouse
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567


/s/ Linda A. Webb
Hagans Ahearn & Webb
*6406*